UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                    Case No. 10-72251
                                          Chapter 11

**MOOHAVEN DAIRY LLC**         Petition Filed: 10/21/2010

       Debtor
------------------------------------------/

## MOTION FOR CHANGE OF VENUE

       Now Come the Debtors herein by and through their counsel, H. Dale Cubitt, and hereby move for change of venue in their bankruptcy case pursuant to 28 USC 1412, stating as follows:

       1. The Debtors are dairy farmers who have commenced a Chapter 11 reorganization case within the Eastern District of Michigan, Southern Division.

       2. That the Debtors herein request a change of venue to the Northern Division at Bay City, pursuant to 28 USC 1412, both for convenience of the parties and in the interest of justice.

       3. That the Debtors herein are located in Evergreen and Greenleaf Township, Sanilac County, Michigan, and are approximately four (4) miles from the Huron County line and (2 ½) miles from Tuscola County line, which is in the Northern Division of the Court.

       4. That the Debtors are dairy farmers and will have significant difficulty appearing in Detroit from drive time and necessary maintenance of their herd perspective.

       5. That the majority of creditors are within the same geographic area, and are faced with the same difficulty.

6. That the Bay City Court is significantly more convenient than the Detroit Court, and allows for greater convenience of the parties, and provides a better access to justice for all parties.

WHEREFORE, your Debtors herein request that the Court transfer venue of this case to the Northern Division for the convenience of the parties and in the interest of justice.

Dated: October 21, 2010

>Respectfully submitted,
>
>CUBITT & CUBITT
>Attorneys for Debtors
>
>_/s/H. Dale Cubitt_____
>H. Dale Cubitt P12374
>186 E. Huron Avenue
>Bad Axe, MI 48413
>989 269 9903
>edcubitt@echoicemi.com